AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 23-8243mb | 4/21/2023 11:11 am | USPS |

Inventory made in the presence of :
Postal Inspector Brian Hess and Postal Inspector James Keenan

Inventory of the property taken and name of any person(s) seized:

LABEL NUMBER: 9505 5120 3043 3109 7185 45

Brown cardboard box; two Priority Mail boxes each containing two bundles covered by bubble wrap with a total of 4 bundles. Each bundle wrapped in layers of vacuum sealed bags and masking agents. Four bundles contained small blue pills marked "M" and "30" (Suspected Fentanyl) weighing a total of 6.8 Kilograms.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04/21/2023

Maria Hunter
Digitally signed by Maria Hunter
Date: 2023.04.21 14:09:55 -07'00'

*Executing officer's signature*

Maria Hunter, U.S. Postal Inspector

*Printed name and title*